UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

    - v -                          :
                                                       ORDER
JORDY MARRERO,                     :
                                                       S2 18 Cr. 319 (LTS)
        Defendant.                 :

- - - - - - - - - - - - - - - - x

        WHEREAS, an application has been made by the United States of America for the unsealing of docket S2 18 Cr. 319 (LTS), including Information S2 18 Cr. 319 and all filings, as the circumstances underlying the Government's prior request for sealing and delayed docketing no longer exist;

        IT IS HEREBY ORDERED that docket S2 18 Cr. 319 (LTS) be unsealed and restored to regular docketing and, upon unsealing, shall remain unsealed pending further order of the Court.

SO ORDERED:

Dated:   New York, New York
        January __9_, 2023

                                                      _____
                                                      THE HONORABLE LAURA T. SWAIN
                                                      UNITED STATES DISTRICT JUDGE