Probation Form No. 35
(1/92)

Report and Order Terminating Probation / Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.   Docket No. 0208 1:18CR00319

Jordy Marrero

On July 23, 2020, the above named was placed on Supervised Release for a period of 60 Months. He has complied with the rules and regulations of Supervised Release and is no longer in need of supervision. It is accordingly recommended that Jordy Marrero be discharged from Supervised Release.

Respectfully submitted,

by *Mike Nicholson*
Michael P. Nicholson
U.S. Probation Officer Specialist

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Date this  24  day of  March  , 20  25  .

/s/ Laura Taylor Swain

Honorable Laura Taylor Swain
Chief U.S. District Judge